UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-32770 |
|---|---|
| CHAD ERIC PUCKETT | (Chapter 13) |
| DORA LUZ PUCKETT | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045725**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 3 | AMERICA'S SERVICING CO/USBANK<br>ONE HOME CAMPUS BANKRUPTCY DEP<br>MAC X2501-01F<br>DES MOINES, IA  50328 | 791.74 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/23/2010

Certificate of Service                    08-32770

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CHAD ERIC PUCKETT<br>DORA LUZ PUCKETT<br>783 GREENLAND DRIVE<br>EATON, OH  45320 | E JAMES WAMPLER<br>1515 LIBERTY TOWER<br>120 WEST SECOND STREET<br>DAYTON, OH  45402 | (3.1)<br>AMERICA'S SERVICING CO/USBANK<br>ONE HOME CAMPUS BANKRUPTCY DEP<br>MAC X2501-01F<br>DES MOINES, IA  50328 |
| (18.1n)<br>AMERICAS SERVICING COMPANY<br>MCCALA RAYMER ET AL<br>1544 OLD ALABAMA RD<br>ROSWELL, GA  30076 | (26.1n)<br>AMERICAS SERVICING COMPANY<br>%MCCALLA RAYMER LLC<br>BANKRUPTCY DEPT<br>1544 OLD ALABAMA RD<br>ROSWELL, GA  30076 | (20.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 |
| (19.1n)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN  56302 | (3.3)<br>MCCALLA RAYMER LLC<br>NATIONAL BANKRUPTCY DEPT<br>1544 OLD ALABAMA RD<br>ROSWELL, GA  30076 | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv